IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 05-521-TUC-RCC |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Jimmie Francisco, ) | |
| Defendant. ) | |

The Court having again reviewed the Magistrate Judge's original Report and Recommendation (#39), and the most recent Report and Recommendation which was adopted on February 14, 2007,

The Court **ADOPTS** that original Report and Recommendation (#39). and does not accept the defendant's plea.

This case remains set for status conference before Magistrate Charles Pyle on July 31, 2007 to consider the issue of defendant's restorability and setting the matter for trial.

DATED this 14th day of March, 2007.

Raner C. Collins
United States District Judge